_____

No. 96-1050
_____

Joseph Louis Washington,             *
                                     *
          Appellant,                 *
                                     *  Appeal from the United States
     v.                              *  District Court for the
                                     *  District of Minnesota.
United States of America,            *
                                     *        [UNPUBLISHED]
          Appellee.                  *


_____

                    Submitted: November 1, 1996

                       Filed: November 7, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

     Federal prisoner Joseph Washington appeals from the district court's[1]
denial of his 28 U.S.C. § 2255 motion attacking his federal firearms
conviction.  Having reviewed the record and the parties' briefs, we
conclude the judgment of the district court was correct.  Accordingly, we
affirm.  See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable Paul A. Magnuson, Chief Judge, United States
District Court for the District of Minnesota.